
NEYHART, ANDERSON, FLYNN & GROSBOLL
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
44 MONTGOMERY STREET, SUITE 2080 SAN FRANCISCO 94104-6702
TELEPHONE (415) 677-9440

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.A. LOCAL 342 JOINT LABOR-MANAGEMENT COMMITTEE, et al.<br><br>Plaintiffs,<br><br>v.<br><br>EARTHSAFE SYSTEMS, INC. d/b/a PACIFIC EARTHSAFE SYSTEMS, INC., an Illinois corporation; and WILLIAM JOHN EDWARDS, JR.,<br><br>Defendants | No. C-05-0892 SBA (JL)<br><br>(PROPOSED) REPORT AND RECOMMENDATION |

A hearing was held in this Court before the Honorable James Larson, U.S. Magistrate Judge on October 18, 2006. William J. Flynn appeared for the plaintiffs. There was no appearance for the defendants.

At the hearing, plaintiffs' counsel advised the Court that it wished judgment be entered only for the March 2004 hours and that the request for a further order to produce later transmittals be withdrawn without prejudice. Counsel also stated that the pursuit of any amounts owing for months after March 2004 would be in another action and that any claim for such payments in this

WF401192.N03
18471!061025
70342.249

action were to be withdrawn without prejudice. This request is approved.

Counsel also stated that the claim for compounded interest would be withdrawn and that only simple interest at 12% was being sought.[1] That request is also approved.

Counsel also stated that, due to the passage of time, the amount originally sought for liquidated damages was now surpassed by "an amount equal to interest" and under 29 U.S.C. § 1132(g)(2)(C), the court was to award the greater of "an amount equal to interest" or the plan's assessed liquidated damages.[2] That is appropriate under the statute.

THEREFORE, this Court recommends that Judgment be entered for the following:

1. principal for March 2004 hours in the amount of $3,302.25,

2. interest on that amount of $990.68 plus $1.09 per day

---

[1] Counsel submitted evidence of a Joint Services Agreement entered into for purposes of consolidating the collection procedures of each of the employee-benefits plans and ERISA Trusts which specifies that interest compounds monthly at the rate of 12% per annum. See, De NARDO Supplemental Declaration In Support of Motion for Default Judgment, page 4, paragraph 4, Exhibit A, Appendix C at pages 3 and 4.

[2] Under the terms and conditions of the Joint Services Agreement, liquidated damages are calculated at a rate of twenty percent of outstanding principal due after referral to counsel for collection. See, De Nardo Supplemental Declaration in Support of Motion for Default Judgment, page 4, paragraph 4, Exhibit A, Appendix C at pages 2 and 3. In this case, liquidated damages would be $660.44, which is less than "an amount equal to interest."

- 2 -

for every day from 10/21/06 until judgment is entered,[3]

3. An "amount equal to interest" pursuant to 29 U.S.C. § 1132(g)(2)(C)(i) or another $990.68 plus $1.09 per day for every day from 10/21/06 until judgment is entered,

4. $5,526.85 in reasonable attorneys fees and costs.[4]

Therefore, if judgment is entered, it is recommended that the total judgment be for $10,810.46 plus $2.18 for every day from 10/21/06 until judgment is entered.

It is recommended that judgment be entered for Plaintiff U.A. LOCAL 342 JOINT LABOR-MANAGEMENT COMMITTEE[5] and against Defendants EARTHSAFE SYSTEMS, INC. d/b/a PACIFIC EARTHSAFE SYSTEMS, INC., an Illinois corporation; and WILLIAM JOHN EDWARDS, JR., and each of them.

Any claims for amounts owing or for production of documents for work months after March 2004 are to be pursued, if at all, in another action.

/ / /

/ / /

---

[3] This is calculated by applying the plan interest rate of 12% for the period from 4/21/04 (the date payment was due) until 10/21/06. The plan interest rate of 12% annually equals 1% monthly. 30 months elapsed from 4/21/04 until 10/21/06. 30% times the principal amount of $3,302.25 is $990.68. The daily rate is determined by dividing .12 by 365 which is .00033 which yields the daily rate of $1.09 when multiplied by the principal.

[4] Counsel submitted sufficient evidence of the attorney's fees and costs incurred in this matter. See, Declaration of Scott M. De Nardo In Support of Motion for Default Judgment, paragraphs 2 and 3 and Exhibit A attached thereto.

[5] The other related plaintiffs request that the judgment only be entered in the name of the Plaintiff U.A. Local 342 Joint Labor-Management Committee. Any funds collected will be provided to the other plaintiffs as required by the applicable agreements between the plaintiffs.

- 3 -

A proposed Judgment is attached.

This is my report and recommendation.

Dated: March 6, 2007

James Larson, Judge

*IT IS SO ORDERED*
*Judge James Larson*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

NEYHART, ANDERSON, FLYNN & GROSBOLL
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
44 MONTGOMERY STREET, SUITE 2080 SAN FRANCISCO 94104-6702
TELEPHONE (415) 677-9440

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.A. LOCAL 342 JOINT LABOR-MANAGEMENT COMMITTEE, et al.<br><br>Plaintiffs,<br><br>v.<br><br>EARTHSAFE SYSTEMS, INC. d/b/a PACIFIC EARTHSAFE SYSTEMS, INC., an Illinois corporation; and WILLIAM JOHN EDWARDS, JR.,<br><br>Defendants | No. C-05-0892 SBA (JL)<br><br>(PROPOSED)<br><u>ORDER GRANTING DEFAULT JUDGMENT</u> |

WHEREAS, a hearing was held in this Court before the Honorable James Larson, Chief Magistrate Judge on October 18, 2006 and following the hearing, Magistrate Judge Larson issued a Report and Recommendation concerning Plaintiffs Motion for Default Judgment.

THEREFORE, this Court issues the following Default Judgment against Defendants based on the Report and Recommendations of Magistrate Judge Larson:

1. Principal for March 2004 hours in the amount of $3,302.25,

WF401192.PO
1918|1061025
70342.249

2. Interest on that amount of $990.68 plus $1.09 per day for every day from 10/21/06 until judgment is entered,[1]

3. An "amount equal to interest" pursuant to 29 U.S.C. § 1132(g)(2)(C)(i) or another $990.68 plus $1.09 per day for every day from 10/21/06 until judgment is entered,

4. $5,526.85 in reasonable attorneys fees and costs.[2]

Consequently, the total judgment is for $10,810.46 plus $2.18 for every day from 10/21/06 until this judgment is issued. This judgment shall be entered for Plaintiff U.A. LOCAL 342 JOINT LABOR-MANAGEMENT COMMITTEE[3] and against Defendants EARTHSAFE SYSTEMS, INC. d/b/a PACIFIC EARTHSAFE SYSTEMS, INC., an Illinois corporation; and WILLIAM JOHN EDWARDS, JR., and each of them. Any claims for amounts owing or for production of documents for work months after March 2004 are to be pursued, if at all, in another action.

IT IS SO ORDERED.

Dated: _____      _____

SANDRA B. ARMSTRONG, U.S. District Court Judge

---

[1] This is calculated by applying the plan interest rate of 12% for the period from 4/21/04 (the date payment was due) until 10/21/06. The plan interest rate of 12% annually equals 1% monthly. 30 months elapsed from 4/21/04 until 10/21/06. 30% times the principal amount of $3,302.25 is $990.68. The daily rate is determined by dividing .12 by 365 which is .00033 which yields the daily rate of $1.09 when multiplied by the principal.

[2] Counsel submitted sufficient evidence of the attorney's fees and costs incurred in this matter. See, Declaration of Scott M. De Nardo In Support of Motion for Default Judgment, paragraphs 2 and 3 and Exhibit A attached thereto.

[3] The other related plaintiffs request that the judgment only be entered in the name of the Plaintiff U.A. Local 342 Joint Labor-Management Committee. Any funds collected will be provided to the other plaintiffs as required by the applicable agreements between the plaintiffs.

- 2 -